UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
    :
ROBERT WEEKES, *individually, and on behalf of all*   :
*others similarly situated*,     :
    :
    Plaintiff,     :
    :
    -v-     :
    :
HARBOR BAY GROUP, INC.,     :
    :
    Defendant.     :
    :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2022

21-cv-10803 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order. Any application to reopen filed after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: May 17, 2022
    New York, New York               LEWIS J. LIMAN
                               United States District Judge